**JINXIANG CHENGDA IMPORT & EXPORT CO., LTD., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

and

**Vessey and Company, Inc., Valley Garlic, The Garlic Company, Christopher Ranch, LLC, And Fresh Garlic Producers Association, Defendants–Appellees.**

No. 2013–1422.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2014.

John J. Kenkel, DeKieffer & Horgan, PLLC, of Washington, DC, argued for plaintiff-appellant. With him on the brief was J. Kevin Horgan.

Melissa M. Devine, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director. Of counsel was Scott Daniel McBride, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Michael J. Coursey, Kelley Drye & Warren, LLP, of Washington, DC, argued for defendants-appellees Vessey and Company, Inc., et al. With him on the brief was John M. Herrmann.

PROST, REYNA, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**